USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Adilson Delarosa,

        Plaintiff,                          22-CV-71 (LAK)(RWL)

v.

City of New York, et al.,

        Defendants.
------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        By letter dated November 29, 202, counsel for the defendants informed the Court that this case has been settled in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, January 9, 2023 if the settlement is not executed by then.

        SO ORDERED.

Dated:     December 6, 2022

                                                  Lewis A. Kaplan
                                                  United States District Judge